UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

HORACE GRIFFIN,

    Plaintiff,

    vs.                         06-3033

TERRY L. POLK et al.,

    Defendants.

## ORDER

The plaintiff has accumulated at least three strikes under Prisoner Litigation Reform Act. *See, e.g., Griffin v. Schomig*, 02-1165 (C.D. Ill.); *Griffin v. Page*, 00-2831 (N.D. Ill); *Griffin v. Briley*, 02-3401 (N.D. Ill. 2002). Nothing in his complaint (filed in February, 2006) allows an inference that the plaintiff is in imminent danger of serious physical injury. He says he is in imminent danger from the prison's failure to treat his hypertension, but it is unavoidably clear from his submissions that the events he complains of that he believes put him in imminent danger occurred in August and September, 2005. No inference arises that he is currently being denied treatment for any serious medical need–he asks for no injunctive relief, only for compensatory and declaratory relief for past wrongs.

IT IS THEREFORE ORDERED that the plaintiff's motion to proceed *in forma pauperis* is denied (d/e 1). This case is dismissed, without prejudice, for failure to pay the filing fee. All pending motions are denied as moot (d/e 2), and this case is closed.

Entered this 7th Day of March, 2006.

                                                        s\Harold A. Baker

                                                HAROLD A. BAKER
                                 UNITED STATES DISTRICT JUDGE