**E-FILED**
Wednesday, 26 April, 2006  06:16:41 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**HORACE GRIFFIN,**

       **Plaintiff,**

       **vs.**                            **06-3033**

**TERRY L. POLK et al.,**

       **Defendants.**

### Order Denying Motion to Reconsider

The plaintiff has filed a motion to reconsider this court's dismissal, without prejudice, of his Complaint for failure to pay the filing fee (he has acquired at least three "strikes" under the Prison Litigation Reform Act).  He maintains that his Complaint allows an inference that he was in imminent danger of serious physical injury at the time he filed his Complaint, or that he should at least be given a chance to file an amended complaint.  He says he is still in imminent danger from the defendants' failure to administer prescribed hypertension medication.

For the reasons stated in the Court's order of March 7, 2006, the Court still believes that the Complaint allows no inference that the plaintiff was in imminent danger of serious physical injury when he filed the Complaint, within the meaning of 28 U.S.C. § 1915(g).  If the plaintiff believes he is currently in imminent danger of serious physical injury, he may file a new case against the persons who are personally responsible for placing him in or failing to protect him from that imminent danger.

IT IS THEREFORE ORDERED that the plaintiff's motion for reconsideration is denied (d/e 7).

Entered this 26th Day of April, 2006.

                          **s\Harold A. Baker**

                          HAROLD A. BAKER
                  UNITED STATES DISTRICT JUDGE